10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Earl Flynn Truss Jr.
Plaintiff,

-VS-

Jane Doe,
George Murphy,
Michelle Hornes,
Patricia L. Caruso,
Defendants,/

Case:2:11-cv-11184
Judge: Borman, Paul D.
MJ: Whalen, R. Steven
Filed: 03-23-2011 At 03:45 PM
PRIS EARL TRUSS V JANE DOE, ET AL (LG)

## JURISDICTION & Venue

This is a civil action authorized by 42 U.S.C., Section 1983 to redress the deprivation, under color of state law of rights secured by the Constitution of the United States. This court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks Declaratory Judgement pursuant to 28 U.S.C.§ 2201 and 2202 on the pendent jurisdiction of this court to entertain claims arising under state law. In the United States District Court for the Eastern District of Michigan is an appropriate venue under 28 U.S.C. § 1391(b)(2) because it is where events took place given rise to this claim occurred.

## Defendant's List

1) Field agent George Murphy is being sued in both capacities he is an employee for the Michigan Department of Corrections located at 5300 Lawton, Detroit Michigan 48208.

2) District supervisor Jane Doe ____________, is being sued in both capacities she is an employee for the Michigan Department of corrections located at 5300 Lawton, Detroit Michigan 48208.

3) Area supervisor Michelle Hornes, is being sued in both capacities she is an employee for the Michigan Department of Corrections located at 5300 Lawton, Detroit Michigan 48208.

4) Department of Corrections Director Patricia L. Caruso is being sued in their official capacity she is located at Grandview Plaza Building P.O. Box 30003 Lansing Michigan 48909.

5)

6)

(Plaintiff reserves the right to motion to amend this defendant's)
(list upon futher intial discovery.)

# STATEMENT OF FACTS

Plaintiff, on August 12, 2005 was paroled from the Michigan Department of Corrections for the state of Michigan to a federal detainer. The parole was a 24 month term parole, a expiration date: August 12, 2007. A parole order was given to the Plaintiff that if released (before) the expiration date the plaintiff was to report to a state agent located at 5300 Lawton, Detroit Michigan no later than the first business day following release.

One month prior to plaintiff being in completetions of his expiration date; Plaintiff along with case manager and counselor tried contacting the plaintiff state parole agent and the parole division located at 5300 Lawton in Detroit, Michigan to obtain the Plaintiff discharge papers from the Michigan Department of Corrections.

Plaintiff on or about September 2007, a month (after) his expiration date of parole was sent to a federal half way house located on Lillibridge, in Detroit Michigan. In November of 2007, while in the federal halfway house plaintiff violated the halfway house rules and was placed in the Dickerson Facility located in Hamtramck, Michigan for the durations of his federal time until his discharge on April 16,2008.

One month prior to plaintiff discharge of federal custody, plaintiff received a visit from a state parole agent name George Murphy at that time Mr. Murphy informed the plaintiff that the Department of Corrections had extended his state parole and this agent had no legal documentation to validate this extension. Plaintiff was forced to report to Michigan department of Corrections parole division without proper procdural due process. Plaintiff is presently still under the jurisdiction of the parole board illegally on a violation of parole.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EARL FLYNN TRUSS JR.
Plaintiff,

-VS-

Jane Doe,
George Murphy,
Michelle Hornes,
Patricia L. Caruso,
Defendants,/
All are sued in both capacities

Civil NO:

Complaint

Jury Trial Demand

COMPLAINT INTRODUCTION

1) This is an action for Declaratory Judgment, **Injuctive** and money damages brought pursuant to 42 U.S.C.§ 1983 and the 5th,6th,8th and 14th Federal Constitutional Guaranteed Protections and the state law of Michigan, Constitution 1963 art 1,17. Also Michigan Department of Corrections administrative policies against the Michigan Department of Corrections parole division located in Detroit, Michigan 5300 Lawton,st. 48208. On the pendent jurisdiction of this court to entertain claims arising under state law.

2) It is alleged that the Michigan Department of Corrections parole division has violated the plaintiff, 5th,6th,8th and 14th amendment rights to Procedural Due Process by extending a parole that the Department of Corrections no longer had jurisdiction of and also not following proper Departmental Policy to do so. These officials deliberately deprived the parolee of his liberty and failed to provide process that was constitutionally required, Plaintiff rights were violated, whetherfailure to provide process was intentional, grossly negligent or without fault at all because as extended parole or a denial of parole should be a written explanation by the

parole board of the reasons for extension or denial and this is the Plaintiff cause of action.

3) Plaintiff currently resides at Oaks Correctional Facility located in Manistee, Michigan; Inmate number#174843.

"As a direct act of defendant's" Abuse of Process

Plaintiff suffered the following:

A) Violation of his constitutional rights under the 5th,6th,8th and 14th Amendments to the United States Constitution and Michigan Const 1963 art 1,17, by being forced to report to an extended parole without proper procedures done to substantiate an extended parole or a notice given for a hearing. Thus making the defendant's guilty of malicious abuse of process.

B) Plaintiff, 5th,6th,8th and 14th Amendment rights to be free from cruel and unusual punishment was violated by being placed in a re-entry program twice while on this illegal extended parole having his liberty denied.

C) Plaintiff,5th,6th,8th and 14th Amend. rights was violated by his liberty being denied to leave the states to work because of the invalid extended parole

D) Loss of physical liberty.

E) Emotional suffering and mental stress from not being able to obtain job's because of parole status at time of his extension.

F) Time served while being a pre-trial detainee and the scoring of his sentencing guidelines from parolee status.

G) Plaintiff is still being held under the jurisdiction of the Michigan of Corrections as a parolee in violation.

RELIEF REQUESTED

A) Issue, injuctive and Declaratory Judgments which declare's the defendant's herein, to be unlawful and violative of the constitution of the United States of America, the Michigan Constitution of 1963, Michigan statutes, administrative rules and Michigan Department of Corrections policy directives.

B) Award Compensatory and Punitive damages to Plaintiff against all defendant's in the amount of two hundred and fifty thousand dollars (250,000) for pain and suffering.

C) Cost of this action to plaintiff.

D) Award reasonable attorney fee's and cost to the Plaintiff.

E) Award such other and futher relief as this court may deem appropriate.

Dated: 3-15-11

Respectfully Submitted,

Earl F Truss Jr

Earl Flynn Truss Jr.#174843
In Propia Persona
Oaks Correctional Facility
1500 Caberfae Hwy.
Manistee MI, 49660

## Exhaustion of Legal Remedies

Plaintiff, filed all three steps of administrative grievances to exhaust his remedies.

## History of Case Filings

I, Earl F. Truss Jr., have never filed a claim in any federal court at any time. I state this fact under the penalty of perjury.

## Verification

Plaintiff, hereby declares under the penalty of perjury that the foregoing allegations are true and correct to the best of his knowledge, information and blief. I can also testify to the following information herein this complaint at anytime.

Dated: 3-15-11

MICHAEL HASKE
Notary Public, State of Michigan
County of Manistee
My Commission Expires Jul. 25, 2012
Acting in the County of MAN. Ste e

Earl Flynn Truss
#174843

CB-662 PAGE 01

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-1119
(10/94) CAX-119A

**PAROLE BOARD NOTICE OF PAROLE**

The Parole Board hereby orders the parole of the person named below in accordance with the particulars appearing on the face of this certificate and the conditions stated on the Parole Board Order for Parole.

| NAME | NUMBER | INST | PAROLE DATE | TERM | EXPIRATION DATE |
|---|---|---|---|---|---|
| TRUSS EARL FLYNN | C 174843 | JMF | 08/12/2005 | 24M D | 08/12/2007 |

RESIDE WITH: US MARSHAL EASTERN DISTRICT, 231 W LAFAYETTE STREET, DETROIT, PH. 234-5600

REPORT TO: DENISE L. SCOTT, PLI 1186, 5300 LAWTON, DETROIT 48208 — OFFICE (313) 972-3170 — HOME (888) 221-8076

| SOCIAL SECURITY NUMBER | DATE OF BIRTH | FBI NUMBER | SID NUMBER | SEX | RACE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| 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 | 10/17/65 | 44489CA6 | 1272857W | M | B | 6' 5'' | 195 |

| HAIR | EYES | BUILD | COMPLEXION | MARKS AND SCARS |
|---|---|---|---|---|
| BLK | BRN | MED | DRK | SC L SIDE FACE |

| AGENCIES | | |
|---|---|---|
| | | ND PON |

**RELEASE INSTRUCTIONS**

YOU ARE BEING PAROLED TO THE U.S. MARSHAL. THIS ORDER FOR PAROLE IS NULL AND VOID IF NOT CALLED FOR BY THE U.S. MARSHAL. IF AND WHEN YOU ARE RELEASED BY THE U.S. MARSHAL FOR ANY REASON, YOU MUST CONTACT THE FIELD AGENT AT THE PAROLE OFFICE INDICATED ON THIS ORDER NO LATER THAN THE FIRST BUSINESS DAY FOLLOWING RELEASE.

REPORT IN PERSON TO YOUR PAROLE AGENT UPON ARRIVAL

PURSUANT TO MCL 791.236A AS AMENDED BY PUBLIC ACT 184 OF 1993, YOU MUST PAY A SUPERVISION FEE OF $ 600.00. THE FEE IS PAYABLE WHEN THE PAROLE ORDER IS ENTERED, BUT THE FEE MAY BE PAID IN MONTHLY INSTALLMENTS TO BE DETERMINED BY THE FIELD AGENT. YOU WILL NOT BE REQUIRED TO PAY A SUPERVISION FEE TO MICHIGAN WHEN YOU ARE BEING SUPERVISED IN ANOTHER STATE UNDER THE PROVISIONS OF THE INTERSTATE PROBATION AND PAROLE COMPACT, PURSUANT TO MCL 798.103.

PURSANT TO MCL 780.905 YOU MUST PAY THE CRIME VICTIMS ASSESSMENT OF $ 60.00 AS ORDERED BY THE SENTENCING COURT AS INDICATED ON THE JUDGMENT OF SENTENCE. THE CRIME VICTIMS ASSESSMENT IS PAYABLE WHEN THE PAROLE ORDER IS ENTERED, BUT MAY BE PAID IN MONTHLY INSTALLMENTS TO BE DETERMINED BY THE FIELD AGENT.

***************** S P E C I A L   C O N D I T I O N S *****************

CONTINUED ON NEW PAGE.

MICHIGAN PAROLE BOARD

ATTEST

DATE 07/13/05

JOHN RUBITSCHUN

NOTE: Parole violation(s) may result in the loss of good time or disciplinary credits.

DISTRIBUTION: Blue – Central Office File; Blue – Parole Agent

# CIVIL COVER SHEET FOR PRISONER CASES

| **Case No.** 11-11184 | **Judge:** Paul D. Borman | **Magistrate Judge:** R. Steven Whalen |
|---|---|---|

| | |
|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:**<br>EARL TRUSS JR | **Name of 1st Listed Defendant/Respondent:**<br>JANE DOE, ET AL |
| **Inmate Number:** 174843 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br>Oaks Correctional Facility<br>1500 Caberfae Highway<br>Manistee, MI 49660<br>MANISTEE COUNTY | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes ☒ No
   ➢ **If yes, give the following information:**
   **Court:** ____________________
   **Case No:** ____________________
   **Judge:** ____________________

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes ☒ No
   ➢ **If yes, give the following information:**
   **Court:** ____________________
   **Case No:** ____________________
   **Judge:** ____________________